[No. 37765-9-II.   Division Two.   September 29, 2009.]

THE STATE OF WASHINGTON, *Appellant*, v. KRISTY LENA
WILLIAMS, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 07-1-00978-4, Stephen M. Warning, J., entered
May 28, 2008. *Affirmed* by unpublished opinion per
Schultheis, J., concurred in by Bridgewater and Hunt, JJ.

[No. 38011-1-II.   Division Two.   September 29, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. QUINCY VALENTINO
HAWKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 07-1-05102-5, James R. Orlando, J., entered
July 10, 2008. *Affirmed* by unpublished opinion per Arm-
strong, J., concurred in by Penoyar, A.C.J., and Hunt, J.

[No. 38040-4-II.   Division Two.   September 29, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DEMITRUS RAY
WOOD, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 07-1-02023-3, Robert L. Harris, J., entered July
10, 2008. *Affirmed* by unpublished opinion per Houghton,
J., concurred in by Van Deren, C.J., and Bridgewater, J.

[No. 38099-4-II.   Division Two.   September 29, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. GARNETT LYNN
WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 08-1-02208-2, Thomas P. Larkin, J., entered
July 11, 2008. *Affirmed in part, reversed in part*, and
*remanded* by unpublished opinion per Houghton, J., con-
curred in by Van Deren, C.J., and Bridgewater, J.